ORIGINAL

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HASHER JALLAL TAHEB | Criminal Indictment<br><br>No. 1:19CR036 |

THE GRAND JURY CHARGES THAT:

Beginning on a date unknown to the Grand Jury, but at least by, in or about December 2018, and continuing until on or about January 18, 2019, in the Northern District of Georgia, the defendant, Hasher Jallal Taheb, did knowingly attempt to damage and destroy, by means of fire and an explosive, a building and real property in whole and in part owned and possessed by, and leased to, the United States and a department and agency thereof, and an institution and organization receiving Federal financial assistance, in violation of Title 18, United States Code, Section 844(f)(1).

### Forfeiture

Upon conviction of the offense in violation of Title 18, United States Code, Section 844 set forth in this Indictment, the defendant, Hasher Jallal Taheb, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section

2461(c), any explosive materials involved or used or intended to be used in the violation. The property to be forfeited includes, but is not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in the Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 982(b)(1).

A   *True*   BILL

*/s/ Foreperson*
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*/s/ Ryan K. Buchanan*
RYAN K. BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623388

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3