U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00458)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Gwinnett

DISTRICT COURT NO.   **1:19CR036**

MAGISTRATE CASE NO.   1:19-mj-00033-AJB

X Indictment                         Information                         Magistrate's Complaint
DATE: January 23, 2019               DATE:                                DATE: January 16, 2019

UNITED STATES OF AMERICA             SUPERSEDING INDICTMENT
vs.                                  Prior Case Number:
HASHER JALLAL TAHEB                  Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?   Yes   X No

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

District Judge:
Magistrate Judge:

Attorney: Ryan K Buchanan
Defense Attorney: