IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>HASHER JALLAL TAHEB | Criminal Action No.<br><br>1:19-CR-0036-MHC-JSA |

**The United States' Reply to Defendant's Motion for Unredacted Discovery**

The United States of America, by Byung J. Pak, United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, files this Reply to Defendant's Motion for Unredacted Discovery and states as follows:

1. Defendant Taheb has been indicted for attempting to damage or destroy, by means of fire or an explosive, the White House, which is a building or real property in whole or in part owned or possessed by, or leased to, the United States, in violation of Title 18, United States Code, Section 844(f)(1). (Doc. 1).

2. Defendant filed a motion related to discovery and the parties conducted a status conference before the Court at which the parties discussed outstanding discovery issues. (Docs. 40-41). During the status conference, Defendant raised issues with redactions on audio recordings, redactions in photographs, and redactions in reports of interviews.

3. The parties have discussed potential resolution of the discovery issues, and the United States has agreed to produce transcripts of the recordings of the

defendant. These transcripts will only contain redactions of material that will potentially identify FBI employees and confidential human sources. Additionally, the United States will produce copies of the photographs that only contain redactions of law enforcement personnel and confidential human sources. Finally, while the United States has provided witness statements already, the United States will provide additional statements per the Jencks Act in accordance with the Court's scheduling order.

        Respectfully submitted,

        BYUNG J. PAK
          *United States Attorney*

      /s/RYAN K. BUCHANAN
        *Assistant United States Attorney*
      Georgia Bar No. 623388
      Ryan.Buchanan@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Brian Mendelsohn

        Vionnette Johnson

August 2, 2019

                                /s/ RYAN K. BUCHANAN

                                RYAN K. BUCHANAN

                                *Assistant United States Attorney*