**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404-688-0768

October 17, 2019

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV -7 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Via Email James_Hatten@gand.uscourts.gov

James N. Hatten
Clerk of the District Court
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:  United States v. Hasher Jallal Taheb
     Case No. 1:19-cr-00036-MHC-JSA

Dear Mr. Hatten:

I have consulted with my client, Hasher Jallal Taheb, concerning the Clerk's Notice that Judge Anand intends to disqualify himself from this case because his impartiality might reasonably be questioned. We hereby waive this disqualification. We are willing to proceed forward with Judge Anand presiding.

Pursuant to Canon 3D of the Code of Conduct, I am submitting this letter to the clerk's office, but am not copying Judge Anand, nor am I copying the other counsel of record. My client's signature is included below to indicate his agreement.

Sincerely,

_____
Vionnette Johnson
Attorney of Record on behalf of Mr. Taheb

Agreed:

_Hasher Taheb_____
Hasher Jallal Taheb