# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cr-00036-MHC-JSA
### USA v. Taheb
### Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 07/23/2020.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Judith Wolff
CSO/DUSM: K Morton/V Grady/M Wood
USPO: Brandon Ferguson
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Hasher Jallal Taheb Present at proceedings |
| ATTORNEY(S) PRESENT: | Ryan Buchanan representing USA<br>Vionnette Johnson representing Hasher Jallal Taheb |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | No objections to the PSR by Government. Defense made several objections to the PSR. Defendant announced he was withdrawing the objection to the enhancement. Government played a six minute video, introduced as Government Exhibit 1. There was no objection by the defendant to the admission of the exhibit. Government Exhibit 1 was admitted. Defense counsel asked that certain sentences be stricken from the PSR. The Government had no objection. Court sustained the defendant's objections. PSR was adopted by the Court to which no objections had been raised. Court set forth sentencing guideline calculations. No objections to the guidelines as stated. Parties presented argument and recommendation regarding a reasonable sentence. Court advised defendant of his right of allocution. Defendant made a statement on his behalf. Sentence pronounced. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |